## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| KEVIN EMHOFF,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | No. CV 22-04-GF-BMM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTIONS *IN LIMINE* OR, IN THE ALTERNATIVE, FOR PRELIMINARY EVIDENTIARY RULING** |

The Court, having reviewed Defendant BNSF's Unopposed Motions *in Limine* or, In the Alternative, For Preliminary Evidentiary Ruling, and good cause appearing therefor, it is ordered that the following Motions *in Limine* are hereby

**GRANTED:**

1. Argument BNSF was required to provide other lawsuits or claims against BNSF;

2. The financial standing of BNSF or Berkshire Hathaway;

3. "Sending a message" to BNSF;

4. Argument or contention that the railroad industry generally is "dangerous" or unsafe, and other statements or arguments intended to inflame the jury;

5. That BNSF was sanctioned in other cases;

6. Golden rule or "reptile" type arguments;

7. Evidence or argument related to unrecoverable damages;

8. Evidence or argument related to Plaintiff's paid medical and hospital bills and expenses;

9. Evidence or argument regarding any discovery disputes, motions in limine and the court's ruling on the same;

10. Testimony, evidence, or argument that BNSF's railyards generally contain poor walking conditions;

11. The number of law firms or attorneys representing BNSF;

12. Expert reports and curriculum vitaes;

13. Sequester witnesses not currently testifying;

14. Evidence or testimony that BNSF was required to report Plaintiff's reported injury to the FRA.

DATED this 17th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court